IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHEADRICH BROOKS, JR, Plaintiff, | § § § | |
| v. | § | No. 3:26-CV-2323-X-BW |
| L3 HARRIS GREENVILLE TX, et al., Defendants. | § § § | Referred to U.S. Magistrate Judge[1] |

**ORDER**

On July 14, 2026, Plaintiff Sheadrich Brooks, Jr., appearing pro se, filed a motion to proceed in forma pauperis in this action. (Dkt. No. 4 ("IFP Motion").) On August 31, 2026, the undersigned magistrate judge entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge recommending that Brooks's IFP Motion be denied and that this case be dismissed unless Brooks paid the filings fees necessary for this case. (*See* Dkt. No. 8 ("FCR").)

Subsequent to entry of the FCR, Brooks paid the filings fees on September 4, 2026. The undersigned therefore **WITHDRAWS** the August 31, 2026 FCR (Dkt. No. 8), and Brooks's July 14, 2026 Motion to Proceed IFP (Dkt. No. 4) is **TERMINATED** as moot.

[1] By Special Order No. 3-251, this pro se case has been automatically referred to the undersigned magistrate judge for case management. (*See* Dkt. No. 1.)

**SO ORDERED** on September 8, 2026.

BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE